JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CURTIS MAURICE HUNTER, | Case No. CV 17-01281-GW (JDE) |
| Petitioner, | |
| v. | JUDGMENT |
| STU SHERMAN, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: February 1, 2018

_George H. Wu_

_____
GEORGE H. WU
United States District Judge